1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7073
6      FAX: (415) 436-6748

7  Attorneys for Defendant UNITED STATES OF AMERICA

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11

12 | NICOLETTA KARAM and MARINA        )  No. C 05-0271 CRB
   | KARAM,                             )
13 |                                    )  STIPULATION RE FURTHER CASE
   |         Plaintiff,                 )  MANAGEMENT CONFERENCE DATE;
14 |                                    )  [PROPOSED] ORDER
   |     v.                             )
15 |                                    )
   | UNITED STATES OF AMERICA, and      )
16 | DOES 1-50, inclusive,               )
   |                                    )
17 |         Defendants.                )
   |_____)

18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE FURTHER CMC DATE; [PROPOSED] ORDER
C 05-0271 CRB

A Further Case Management Conference has been set for August 26, 2005, which would have allowed the parties to participate in early private mediation prior to the hearing. The parties, however, have needed to reschedule the mediation for September 29, 2005. Consequently, the parties stipulate that the August 26, 2005 Further Case Management Conference should be continued to October 14, 2005, at 8:30 a.m.

Dated August 15, 2005

LAW OFFICES OF WILLIAM L. VEEN

_____
CYNTHIA BERNET-McGUINN
ANTHONY L. LABEL
Attorneys for Plaintiffs Nicoletta Karam and Marina Karam

Dated August 15, 2005

KEVIN V. RYAN
United States Attorney

_____
CHINHAYI J. COLEMAN
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the above stipulation, it is ordered that the Further Case Management Conference, which was previously scheduled for August 26, 2005, at 8:30 a.m., is continued to October 14, 2005, at 8:30 a.m.

Dated August 16, 2005

_____
CHARLES R. BREYER
United States District Judge



STIPULATION RE FURTHER CMC DATE; [PROPOSED] ORDER
C 05-0271 CRB

2