IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETTA KARAM AND MARINA KARAM,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1-50, inclusive,<br><br>    Defendants. | No. C05-0271 CRB (MEJ)<br><br>**ORDER**<br><br>**ECONOMIC LOSSES** |

The parties appeared before this Court for a settlement conference on December 13, 2005. As a result of the settlement negotiations, the following briefing schedule was set forth for economic losses:

1.) Plaintiffs' brief is due by January 13, 2006. Plaintiff shall file same on Defendants.

2.) Defendants' response is due by January 31, 2006. Defendant shall also file same on Plaintiff.

**IT IS SO ORDERED**.

Dated: December 13, 2005

MARIA-ELENA JAMES
United States Magistrate Judge