IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETTA KARAM AND MARINA KARAM,<br><br>            Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, and DOES 1-50, inclusive,<br><br>            Defendants.                      / | No. C05-0271 CRB (MEJ)<br><br>**AMENDED ORDER**<br><br>**ECONOMIC LOSSES** |

On December 13, 2005, this Court issued an Order setting forth a briefing schedule for economic losses.  The Court Ordered the following:

1.) Plaintiffs' brief is due by January 13, 2006.  Plaintiff shall file same on Defendants.

2.) Defendants' response is due by January 31, 2006.  Defendant shall also file same on Plaintiff.

The word "file" means "to serve" a copy of said document to the opposing side as well as to the Court.  This Order is in connection with a settlement conference and therefore the respective briefs should not be e-filed.

**IT IS SO ORDERED**.

Dated: December 14, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge