KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
FAX: (415) 436-6748

Attorneys for Defendant UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NICOLETTA KARAM and MARINA KARAM, | ) ) ) | No. C 05-0271 CRB |
|     Plaintiffs, | ) ) ) | STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT |
|     v. | ) ) | |
| UNITED STATES OF AMERICA, and DOES 1-50, inclusive, | ) ) ) | |
|     Defendants. | ) ) ) | |

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-0271 CRB

1    IT IS HEREBY STIPULATED by and between Plaintiffs Nicoletta Karam and Marina

2  Karam (collectively "Plaintiffs") and Defendant United States of America, by and through their

3  respective attorneys, as follows:

4         1.      The parties do hereby agree to settle and compromise the above-entitled action

5  under the terms and conditions set forth herein.

6         2.      Defendant United States of America agrees to pay to Plaintiffs Nicoletta Karam

7  and Marina Karam collectively the sum of eight hundred seventy five thousand dollars and no

8  cents ($875,000.00), which sum shall be in full settlement and satisfaction of any and all claims,

9  demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason

10  of any and all known and unknown, foreseen and unforeseen wrongful death, bodily and

11  personal injuries, damage to property and the consequences thereof, resulting, and to result, from

12  the same subject matter that gave rise to the above-captioned lawsuit, for which Plaintiffs or their

13  heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire

14  against the United States of America, its agencies, agents, servants, and employees.

15         3.      Plaintiffs and their heirs, executors, administrators or assigns hereby agree to

16  accept the sum listed in paragraph 2 in full settlement and satisfaction of any and all claims,

17  demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason

18  of any and all known and unknown, foreseen and unforeseen wrongful death, bodily and

19  personal injuries, damage to property and the consequences thereof which they may have or

20  hereafter acquire against the United States of America, its agencies, agents, servants and

21  employees on account of the same subject matter that gave rise to the above-captioned lawsuit.

22         4.      This stipulation for compromise settlement shall not constitute an admission of

23  liability or fault on the part of the United States, its agencies, agents, servants, or employees, and

24  is entered into by the parties for the purpose of compromising disputed claims and avoiding the

25  expenses and risks of litigation.

26         5.      This Agreement may be pled as a full and complete defense to any subsequent

27  action or other proceeding involving any person or party which arises out of the claims released

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-0271 CRB
                                                    2

and discharged by the Agreement.

6.     It is also agreed, by and among the parties, that the settlement amount of eight hundred seventy five thousand dollars and no cents ($875,000.00), collectively to Plaintiffs Nicoletta Karam and Marina Karam represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by Plaintiffs will be paid out of the settlement amount and not in addition thereto.

7.     It is also understood by and among the parties that, pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

8.     Payment of the settlement amount will be made by a check drawn on the United States Postal Service for eight hundred seventy five thousand dollars and no cents ($875,000.00) and made payable to Nicoletta Karam, Marina Karam, and The Veen Firm, P.C.

9.     In consideration of this Agreement and the payment of the foregoing amount thereunder, Plaintiffs agree that upon notification that the settlement check is ready for delivery, they will deliver to Defendant's counsel a fully executed Notice of Dismissal with prejudice of Nicoletta Karam and Marina Karam v. United States of America, C 05-0271 CRB.  Upon delivery of the Notice of Dismissal, Defendant's counsel will release the settlement check to Plaintiffs' counsel.

10.    Plaintiffs have been informed that payment may take sixty days to process, but Defendant agrees to make good faith efforts to expeditiously process said payment.

11.    The parties agree that should any dispute arise with respect to the implementation of the terms of this Agreement, Plaintiffs shall not seek to rescind the Agreement and pursue their original causes of action.  Plaintiffs' sole remedy in such a dispute is an action to enforce the Agreement in district court.  The parties agree that the district court will retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

12.    Plaintiffs hereby release and forever discharge the United States and any and all

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-0271 CRB

3

1    of its past and present officials, employees, agencies, agents, attorneys, their successors and

2    assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and

3    demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in

4    equity, known or unknown, arising out of the allegations set forth in Plaintiffs' pleadings in this

5    action.

6         13.    The provisions of California Civil Code Section 1542 are set forth below:

7              "A general release does not extend to claims which the creditor does not know or
               suspect to exist in his favor at the time of executing the release, which if known
8              by him must have materially affected his settlement with the debtor."

9    Plaintiffs having been apprised of the statutory language of Civil Code Section 1542 by their

10   attorneys, and fully understanding the same, nevertheless elect to waive the benefits of any and

11   all rights they may have pursuant to the provision of that statute and any similar provision of

12   federal law.  Plaintiffs understand that, if the facts concerning Plaintiffs' claims and the liability

13   of the government for damages pertaining thereto are found hereinafter to be other than or

14   different from the facts now believed by them to be true, the Agreement shall be and remain

15   effective notwithstanding such material difference.

16        14.    This instrument shall constitute the entire Agreement between the parties, and it is

17   expressly understood and agreed that the Agreement has been freely and voluntarily entered into

18   by the parties hereto with the advice of counsel, who have explained the legal effect of this

19   Agreement.  The parties further acknowledge that no warranties or representations have been

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-0271 CRB

1  made on any subject other than as set forth in this Agreement.  This Agreement may not be

2  altered, modified or otherwise changed in any respect except by writing, duly executed by all of

3  the parties or their authorized representatives.

4

5  Dated: March 28, 2006                        NICOLETTA KARAM
6                                               Plaintiff

7  Dated: March 28, 2006                        MARINA KARAM
8                                               Plaintiff

9  Dated: March 28, 2006                        THE VEEN FIRM, P.C.

10

11                                              CYNTHIA BERNET-McGUINN
12                                              ANTHONY L. LABEL
                                                Attorneys for Plaintiffs

13

14  Dated: March 28, 2006                       KEVIN V. RYAN
                                                United States Attorney

15

16                                              CHINHAYI J. COLEMAN
17                                              Assistant United States Attorney

18

19                          [PROPOSED] ORDER

20        APPROVED AND SO ORDERED.

21  Dated:  March 29, 2006
22                                              CHARLES R. BREYER
                                                United States District Court Judge

23

24                                              IT IS SO ORDERED

25                                              Judge Charles R. Breyer

26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-0271 CRB
                                    5