1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7073
6  FAX: (415) 436-6748

7  Attorneys for Defendant UNITED STATES OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  NICOLETTA KARAM and MARINA          )   No. C 05-0271 CRB
    KARAM,                              )
13                                      )   STIPULATION AND [PROPOSED]
            Plaintiffs,                 )   ORDER FOR DISMISSAL WITH
14                                      )   PREJUDICE
        v.                              )
15                                      )
    UNITED STATES OF AMERICA, and       )
16  DOES 1-50, inclusive,               )
                                        )
17          Defendants.                 )
                                        )
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 05-0271 CRB

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiffs Nicoletta
2  Karam and Marina Karam (collectively "Plaintiffs") and Defendant United States of America,
3  stipulate to the dismissal with prejudice of <u>Nicoletta Karam and Marina Karam v. United States
4  of America</u>, C 05-0271 CRB. Each party will bear its own costs.

5  Dated: April 17, 2006              THE VEEN FIRM, P.C.

                                      _____
                                      CYNTHIA BERNET-McGUINN
                                      ANTHONY L. LABEL
                                      Attorneys for Plaintiffs

10 Dated: April 20, 2006              KEVIN V. RYAN
                                      United States Attorney

                                      _____
                                      CHINHAYI J. COLEMAN
                                      Assistant United States Attorney


                          [PROPOSED] ORDER

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 Dated: April 21, 2006

                                      _____
                                      CHARLES R. BREYER
                                      United States District Court Judge



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 05-0271 CRB

2